IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMILY MARGIATTO | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 21-4602 |
| | : | |
| THE TRUSTEES of the UNIVERSITY OF PENNSYLVANIA d/b/a PENN MEDICINE | : : | |

# ORDER

AND NOW, this 28th day of March 2022, upon considering the parties' Stipulation of Dismissal (ECF Doc. No. 12), it is **ORDERED**:

1. This action is **DISMISSED** with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and,

2. The Clerk of Court shall **close** this case.

_____
KEARNEY, J.